| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimi006Ce: 415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand<br>ndiamand@lchb.com<br>Douglas I. Cuthbertson<br>dcuthbertson@lchb.com<br>Abbye R. Klamann (SBN 311112)<br>aklamann@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592 | **CARNEY BATES & PULLIAM, PLLC**<br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505 |

*Attorneys for Plaintiffs individually and on behalf of all others similar situated*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING, and her child, L.L., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIACOM INC.; VIACOM INTERNATIONAL INC.; UPSIGHT, INC.; and UNITY TECHNOLOGIES SF,<br><br>Defendants. | Case No. 3:17-cv-04492-EDL<br><br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

Pursuant to Civil L.R. 3-12, the Plaintiffs, Amanda Rushing and her child L.L., would like to bring to the Court's attention the following related cases in the Northern District of California:

1. *McDonald et al. v. Kiloo ApS et al.*, No. 3:17-cv-4344-JCS (filed July 31, 2017)
2. *Rushing et al. v. The Walt Disney Company et al.*, No. 3:17-cv-4419-EDL (filed Aug. 3, 2017)

Pursuant to Civil L.R. 3-12 and 7-11, an Administrative Motion to Relate Case is contemporaneously being filed in the *McDonald* case.

Dated:  August 8, 2017          Respectfully Submitted,

*/s/ Michael W. Sobol*

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Abbye R. Klamann (State Bar No. 31112)
aklamann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs and the Proposed Class*