**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat (SBN 316957)
fbouzat@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean Petterson
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiff individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING,<br><br>    Plaintiff,<br><br>v.<br><br>VIACOMCBS INC., et al.,<br><br>    Defendants. | Case No. 3:17-cv-04492-JD<br><br>**JOINT NOTICE OF SETTLEMENT OF PLAINTIFF AND DEFENDANTS VIACOMCBS INC. AND VIACOM INTERNATIONAL INC.** |

PLEASE TAKE NOTICE that on February 26, 2020, Plaintiff and Defendants ViacomCBS Inc. and Viacom International Inc. (collectively, "Viacom"), after a full-day mediation with Magistrate Judge Jay Gandhi (Ret.), on February 6, 2020, and after weeks of further direct negotiations, have reached a settlement of all of Plaintiff's claims against Viacom. Plaintiff and Viacom have finalized the text of the settlement agreement, and are working on

finalizing related documentation forthwith.

Dated: February 27, 2020                    Respectfully submitted,

                                                      */s/ Michael W. Sobol*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat (SBN 316957)
fbouzat@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean Petterson
spetterson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff and the Proposed Classes*

| | |
|---|---|
| Dated: February 27, 2020 | */s/ Sonya D. Winner* |

                                        Sonya D. Winner (Bar No. 200348)
                                        COVINGTON & BURLING LLP
                                        Salesforce Tower
                                        415 Mission Street
                                        San Francisco, CA 94105-2533
                                        Telephone: + 1 (415) 591-6000
                                        Facsimile: + 1 (415) 591-6091
                                        Email: swinner@cov.com

                                        Emily Johnson Henn (Bar No. 269482)
                                        Kathryn E. Cahoy (Bar No. 298777)
                                        COVINGTON & BURLING LLP
                                        3000 El Camino Real
                                        5 Palo Alto Square
                                        Palo Alto, California 94306-2112
                                        Telephone: + 1 (650) 632-4700
                                        Facsimile: + 1 (650) 632-4800
                                        Email:  ehenn@cov.com
                                        Email:  kcahoy@cov.com

*Attorneys for Defendants ViacomCBS Inc. and Viacom International Inc.*

## **ATTESTATION**

I, Michael W. Sobol, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 27, 2020          By:   */s/ Michael W. Sobol*
                                               Michael W. Sobol